UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ELIZABETH LEMASTERS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY, a Corporation, and DOES 1 through 30, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 3:24-cv-01004-W-VET<br><br>**ORDER GRANTIG JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[Doc. No. 11]** |

　　　Before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation Conference, Case Management Conference, and Related Dates ("Joint Motion). Doc. No. 11. Therein, the parties seek to continue the Early Neutral Evaluation and Case Management Conference ("ENE/CMC") and associated deadlines by at least thirty (30) days so Plaintiff can seek and retain new counsel. *Id.* The ENE/CMC is currently set for October 2, 2024. *See* Doc. No. 10 at 1. Based on a review of the Joint Motion and the record, and good cause appearing, the Court **GRANTS** the Joint Motion. The Court **ORDERS** the following:

　　　1.　　The ENE/CMC set for October 2, 2024 is **VACATED** and **RESET** to **November 20, 2024 at 1:30 p.m.** before Magistrate Judge Valerie E. Torres.

2. No later than **November 13, 2024**, each party must lodge a confidential ENE Statement by e-mail to the Court at efile_torres@casd.uscourts.gov.

3. Counsel must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **October 30, 2024**.

4. Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1)(A–D), must occur on or before **November 13, 2024**.

5. A Joint Discovery Plan must be filed on the CM/ECF system no later than **November 13, 2024**.

6. All other requirements set forth in the Court's order setting the ENE/CMC remain in effect. *See* Doc. No. 10.

**IT IS SO ORDERED.**

Dated: September 12, 2024

Honorable Valerie E. Torres
United States Magistrate Judge